

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-15-00146-CV

**IN THE INTEREST OF S.W.B.-L.ET AL,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of the February 23, 2015 order terminating Appellant's parental rights, on May 22, 2015, this court granted Appellant's motion for extension of time to file the brief until June 8, 2015. We warned Appellant we would not grant any further extensions absent extenuating circumstances.

On June 8, 2015, Appellant's counsel notified this court of a death in his family and moved this court for an extension of time to file the brief until June 16, 2015, a due date ninety-eight days after the notice of appeal was filed. *See* TEX. R. APP. P. 38.6(a); *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.txcourts.gov/media/698396/rja_20140901.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than June 16, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

If Appellant fails to file the brief as ordered, we will abate this appeal and remand the cause to the trial court for an abandonment hearing. *See, e.g.*, TEX. R. APP. P. 38.8(b); *see also* TEX. FAM. CODE ANN. § 107.013 (West 2014) (requiring the trial court to appoint counsel to represent an indigent parent in a parental termination case); *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.) ("Like indigent criminal appellants, indigent appellants challenging an order terminating their parental rights enjoy a right to counsel on appeal."); *cf.* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

Keith E. Hottle
Clerk of Court